1  MICHAEL A. CONGER (State Bar #147882)
   LAW OFFICES OF MICHAEL A. CONGER
2  16236 San Dieguito Road, Suite 4-14
   P.O. Box 9374
3  Rancho Santa Fe, CA 92067
   Telephone: (858) 759-0200
4  Facsimile: (858) 759-1906

5  Attorney for Plaintiffs Deborah Suenishi, Peter Meredith,
   and those similarly situated

6

7

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10 DEBORAH SUENISHI, and PETER          )  CASE NO: **'18CV2730 CAB BGS**
   MEREDITH, on behalf of themselves and all )
11 other employees similarly situated,  )
                                        )  CONSENT TO JOIN UNDER FAIR
12            Plaintiffs,               )  LABOR STANDARDS ACT (29 U.S.C.
                                        )  § 216(b))
13 vs.                                  )
                                        )
14 CITY OF LA MESA; and DOES 1 through  )
   10, inclusive,                       )
15                                      )
              Defendants.               )
16                                      )
                                        )
17 _____    )

18

19      I, Deborah Suenishi, hereby authorize and consent to become a party plaintiff to this

20 action pursuant to 29 U.S.C. section 216(b).

21

22 Dated: November 29, 2018

23                                     By: _____
                                            Deborah Suenishi
24

25

26

27

28                                         1