MICHAEL A. CONGER (State Bar #147882)
LAW OFFICES OF MICHAEL A. CONGER
16236 San Dieguito Road, Suite 4-14
P.O. Box 9374
Rancho Santa Fe, CA 92067
Telephone: (858) 759-0200
Facsimile: (858) 759-1906

Attorney for Plaintiffs Deborah Suenishi, Peter Meredith, and those similarly situated

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH SUENISHI, and PETER MEREDITH, on behalf of themselves and all other employees similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LA MESA; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO: '18CV2730 CAB BGS<br><br>CONSENT TO JOIN UNDER FAIR LABOR STANDARDS ACT (29 U.S.C. § 216(b)) |

I, Peter Meredith, hereby authorize and consent to become a party plaintiff to this action pursuant to 29 U.S.C. section 216(b).

Dated: November 29, 2018

By: *Peter Meredith*
Peter Meredith

1