1    MICHAEL A. CONGER (State Bar #147882)
     LAW OFFICES OF MICHAEL A. CONGER
2    16236 San Dieguito Road, Suite 4-14
     P.O. Box 9374
3    Rancho Santa Fe, CA  92067
     Telephone:  (858) 759-0200
4    Facsimile:  (858) 759-1906

5    Attorney for Plaintiffs Deborah Suenishi, Peter Meredith,
     and those similarly situated

6

7

8                 **UNITED STATES DISTRICT COURT**

9              **SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 10   DEBORAH SUENISHI, and PETER<br>MEREDITH, on behalf of themselves and all<br>11   other employees similarly situated, | )<br>) CASE NO:  **'18 CV 2730 CAB BGS**<br>) |
| 12           Plaintiffs, | ) CONSENT TO JOIN UNDER FAIR<br>) LABOR STANDARDS ACT (29 U.S.C.<br>) § 216(b) |
| 13   vs. | )<br>) |
| 14   CITY OF LA MESA; and DOES 1 through<br>10, inclusive,<br>15 | )<br>)<br>) |
| 16           Defendants. | )<br>) |
| 17  ————————————————————— | ) |

18

19       I, Grace DeMink, hereby authorize and consent to become a party plaintiff to this action

20   pursuant to 29 U.S.C. section 216(b).

21

22   Dated: November 29, 2018                   By: _Grace DeMink_

23                                     Grace DeMink

24

25

26

27

28                                  1